**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 22-1876**

─────────────

SYED ASKRI,

        Debtor - Appellant,

    v.

THOMAS P. GORMAN,

        Trustee - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Rossie David Alston, Jr., District Judge.  (1:21-cv-00799-RDA-IDD)

─────────────

Submitted:  January 17, 2023                    Decided:  January 19, 2023

─────────────

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Syed Askri, Appellant Pro Se.  Marcelo Ramiro Michel, OFFICE OF THE CHAPTER 13 TRUSTEE, Alexandria, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Syed Askri appeals from the district court's order affirming the bankruptcy court's order dismissing his Chapter 13 bankruptcy action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Askri v. Gorman*, No. 1:21-cv-00799-RDA-IDD (E.D. Va. July 29, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*